UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
BRIDGEPORT DIVISION

In re: ADRIANA SEIBERT,   :   Chapter 11 Bankruptcy Case
                          :   Case No. 12-51120 (AHWS)
           Debtor.        :

## DEBTOR'S COUNSEL'S MOTION TO WITHDRAW APPEARANCE

The undersigned counsel for the Debtor respectfully moves to withdraw his appearance as counsel for the Debtor, and in support of such motion states as follows:

1. This Chapter 11 case was commenced as a Chapter 7 case on June 14, 2012. The case was filed by Attorney Michael Barbarula in his capacity as conservator of the estate of the Debtor.

2. The undersigned counsel was appointed by the Greenwich Probate Court on August 21, 2012 to represent the Debtor on a pro bono basis on her application to terminate her conservatorship.

3. By order dated February 21, 2013, the Greenwich Probate Court terminated the conservatorship of the estate of the Debtor.

4. The undersigned appeared in this case for the Debtor and on April 24, 2013, at the Debtor's request, moved to convert this case from Chapter 7 to Chapter 11. On June 17, 2013, the Court converted this case to Chapter 11.

5.  On August 2, 2013, the undersigned filed a Disclosure Statement and Plan of Reorganization for the Debtor.

6.  Since that time, the undersigned's attorney-client relationship with the Debtor has broken down such that the undersigned can no longer continue to represent the Debtor.

WHEREFORE, the undersigned respectfully requests an order allowing the undersigned to withdraw his appearance as counsel for the Debtor, and for such other relief as the Court may find just and proper.

Date:   Stamford, Connecticut
        October 9, 2013

/S/ JOHN F. CARBERRY
JOHN F. CARBERRY (ct02881)
CUMMINGS & LOCKWOOD LLC
Six Landmark Square
Stamford, CT 06901
Telephone:  (203) 327-1700
Facsimile:  (203) 351-4534
E-mail: jcarberry@cl-law.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT
## BRIDGEPORT DIVISION

| | |
|---|---|
| In re:  ADRIANA SEIBERT, | :  Chapter 11 Bankruptcy Case |
| | :  Case No. 12-51120 (AHWS) |
| Debtor. | : |

## ORDER

The foregoing Motion To Withdraw Appearance having been heard and the Court finding good cause to grant the relief requested therein, it is hereby

ORDERED, that John F. Carberry's Motion To Withdraw Appearance as Debtor's Counsel is GRANTED.

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of October, 2013, true and correct copies of the DEBTOR'S COUNSEL'S MOTION TO WITHDRAW APPEARANCE were served by electronic mail or by first class as follows:

**Service by First Class Mail:**

Richard B. Maltz
David R. Maltz & Co.
39 Windsor Place
Central Islip, NY 11722

Greenwich Probate Associates LLC
8 West End Avenue
Old Greenwich, CT 06870-1642

Washington County Treasurer
c/o Deily, Mooney & Glastetter, LLP
8 Thurlow Terrace
Albany, NY 12203-1006

Greenwich Probate District
101 Field Point Avenue
P.O. Box 254
Greenwich, CT 06836-0254

AT&T Mobility
c/o CBCS
P.O. Box 163250
Columbus, OH 43216-3250

Lone Star Repair Services
Attn.: Fulvio Tamburro
780 Pacific Street
Stamford, CT 06902-7329

Connecticut Light and Power
Northeast Utilities Credit and Collection
P.O. Box 2899
Hartford, CT 06101-8307

New York State DMV
224-260 South Pearl Street
Albany, NY 12228-0001

Connecticut Natural Gas Corp.
P.O. Box 11750
Newark, NJ 07101-4750

Tax Collector
Town of Cambridge
Attn.: Albert B. Nolette
Office of the County Treasurer
383 Broadway
Fort Edward, NY 12828-1001

Davis Family Enterprises, LLC
571 Center Cambridge Road
Cambridge, NY 12816-1905

The Boar's Head Sports Club
200 Wellington Drive
Charlottesville, VA 22903-4621

4

Town of Cambridge
846 County Road 59
Cambridge, NY 12816-2100

Washington County Treasurer
383 Broadway
Building B, 2nd Floor
Fort Edward, NY 12828-1001

Town of Greenwich Tax Collector
P.O. Box 3002
Greenwich, CT 06836-3002

The Gate Governors Club
P.O. Box 40505
Jacksonville, FL 32203-0505

Travelers
c/o RMS
77 Hartland Street, Suite 401
P.O. Box 280431
East Hartford, CT 06128-0431

Waveny Care Center
3 Farm Road
New Canaan, CT 06840-6698

Washington County Treasurer
Martin A. Mooney
c/o Law Office of Keith K. Fuller
141 Hazard Avenue
Enfield, CT 06082

Adriana Siebert
52 Arcadia Road
Old Greenwich, CT 06870-1715

**Service by E-Mail:**
Office of the United States Trustee
Blum Shapiro & Co., P.C.
AT&T
Midland Funding LLC
Aquarion Water Company
Connecticut Light & Power
Cablevision
Greenwich Emergency Medical
Internal Revenue Service
T-Mobile
Verizon New York
Verizon Wireless
Verizon Wireless

ustpregion02.nh.ecf@usdoj.gov
JZESUT@ BLUMSHAPIRO.COM
bknotice@erccollections.com
EBN_AIS@AMERICANINFOSOURCE.COM
CQUINONEZ@AQUARIONWATER.COM
bankruptcy@nu.com
bankruptcydepartment@ncogroup.com
bankruptcydepartment@ncogroup.com
cio.bcnmail.irs.gov
bankruptcydpt@mcmcg.com
bankruptcydpt@mcmcg.com
bankruptcydepartment@ncogroup.com
bankruptcydepartment@ncogroup.com

\s\ JOHN F. CARBERRY

2975972_1.doc 10/9/2013