April 29/2014

(646) 884-7151

Adriana Seibert
Debtor

# 12-51120
Doc. ID No 181
Trustee Roberta Napolitano

Bankruptcy Court;

Because of Criminal Investigations;
I Adriana Seibert Debtor As the Court for A Stay for Proceeding of New York Property Sale, until Investigation and Stamford Court Hearing is Concluded;

Regards. Adriana Seibert

FILED 2014 APR 29 PM 12:55 CLERK U.S. BANKRUPTCY COURT DISTRICT OF CONNECTICUT