UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT
Bridgeport Division

In re:
SEIBERT, ADRIANA

Debtor(s).

Case No. 12-51120 AST

(CHAPTER 7)

*[handwritten: 549 945 / 1 229, 523.81]*

## REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____    The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

XXX    More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED: *January 19, 2016*

*/s/ Roberta Napolitano*
ROBERTA NAPOLITANO, Trustee
350 FAIRFIELD AVENUE
BRIDGEPORT, CT 06604
(203) 333-1177

*[FILED stamp: 2016 FEB -4 A 11:12 CLERK, U.S. BANKRUPTCY COURT DISTRICT OF CONNECTICUT BRIDGEPORT]*

**EXHIBIT A**

Case Name: SEIBERT, ADRIANA
Case Number: 12-51120

| Creditor Name and Address | Claim Number | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| SEIBERT, ADRIANA<br>52 ARCADIA ROAD<br>OLD GREENWICH, CT 06870 | SURPLUS | $229,523.81 | | $229,523.81 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ 0.00 | $ 229,523.81 |