| | | |
|---|---|---|
| ROBERTA NAPOLITANO | The Honorable: | Alan S. Trust |
| 350 FAIRFIELD AVENUE | Chapter   7 | |
| BRIDGEPORT, CT  06604 | Location: | |
| (203) 333-1177 | Hearing Date: | / / |
| Chapter 7 Trustee | Hearing Time: | |
| | Response Date: | / / |

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF CONNECTICUT

In re:  SEIBERT, ADRIANA                                              Case No. 12-51120
                                                                                       Chapter   7
_____,
                          Debtor

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
### REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
### AND APPLICATION TO BE DISCHARGED (TDR)

   ROBERTA NAPOLITANO, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $47,479.29          Assets Exempt: $46,883.58
*(without deducting any secured claims)*

Total Distribution to Claimants: $264,235.18       Claims Discharged
                                                                           Without Payment: $0.00

Total Expenses of Administration: $118,302.64

---

   3)  Total gross receipts of $     632,061.63    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $    249,523.81 (see **Exhibit 2**), yielded net receipts of $382,537.82 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $139,435.03 | $33,980.00 | $33,980.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 149,015.14 | 118,302.64 | 118,302.64 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 62,943.40 | 62,943.40 | 62,943.40 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 167,311.78 | 167,311.78 | 167,311.78 |
| **TOTAL DISBURSEMENTS** | $0.00 | $518,705.35 | $382,537.82 | $382,537.82 |

4) This case was originally filed under Chapter 7 on June 14, 2012. The case was pending for 46 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/20/2016          By: /s/ROBERTA NAPOLITANO
                                            Trustee, Bar No.: ct08378

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Deposit (Earnest Money) on purchase of 179 Dick | 1110-000 | 20,000.00 |
| Right to repurchase real property subject to sta | 1110-000 | 238,500.00 |
| Estate of Donald Seibert | 1129-000 | 373,561.63 |
| **TOTAL GROSS RECEIPTS** | | **$632,061.63** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Linda Powers | Return of earnest money deposit pursuant to Judge Shiff's Order dated June 17, 2013 (Doc. Id. No. 113) (Linda Powers was acting for Michael Davidson at the auction and issued the earnest money check) | 8500-002 | 20,000.00 |
| SEIBERT, ADRIANA | Dividend paid 100.00% on $229,523.81; Claim# SURPLUS; Filed: $229,523.81; Reference: | 8200-003 | 0.00 |
| United States Bankruptcy Court | Dividend paid 100.00% on $229,523.81; Claim# SURPLUS; Filed: $229,523.81; | 8200-002 | 229,523.81 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$249,523.81** |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | Washington County Treasurer | 4700-000 | N/A | 49,899.78 | 0.00 | 0.00 |
| 10 | Washington County Treasurer | 4700-000 | N/A | 89,535.25 | 33,980.00 | 33,980.00 |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $139,435.03 | $33,980.00 | $33,980.00 |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ROBERTA NAPOLITANO | 2100-000 | N/A | 22,376.89 | 22,376.89 | 22,376.89 |
| ROBERTA NAPOLITANO | 2200-000 | N/A | 1,481.33 | 1,481.33 | 1,481.33 |
| United States Bankruptcy Court | 2700-000 | N/A | 350.00 | 350.00 | 350.00 |
| Weinstein, Weiner, Ignal, Napolitano, & Shapiro, | 3110-000 | N/A | 6,700.00 | 6,700.00 | 6,700.00 |
| Blum Shapiro & Co., PC | 3410-000 | N/A | 1,225.00 | 1,225.00 | 1,225.00 |
| David R. Maltz & Co., Inc. | 3610-000 | N/A | 12,800.00 | 12,800.00 | 12,800.00 |
| David R. Maltz & Co., Inc. | 3620-000 | N/A | 10,122.02 | 10,122.02 | 10,122.02 |
| United States Trustee | 2950-000 | N/A | 1,625.00 | 1,625.00 | 1,625.00 |
| Washington County Treasurer | 2820-000 | N/A | 89,535.25 | 58,822.75 | 58,822.75 |
| International Sureties, Ltd. | 2300-000 | N/A | 126.55 | 126.55 | 126.55 |
| Rabobank, N.A. | 2600-000 | N/A | 205.51 | 205.51 | 205.51 |
| Rabobank, N.A. | 2600-000 | N/A | 170.42 | 170.42 | 170.42 |
| Rabobank, N.A. | 2600-000 | N/A | 187.78 | 187.78 | 187.78 |
| Rabobank, N.A. | 2600-000 | N/A | 181.64 | 181.64 | 181.64 |
| Rabobank, N.A. | 2600-000 | N/A | 157.93 | 157.93 | 157.93 |
| Rabobank, N.A. | 2600-000 | N/A | 198.46 | 198.46 | 198.46 |
| Rabobank, N.A. | 2600-000 | N/A | 174.82 | 174.82 | 174.82 |
| Rabobank, N.A. | 2600-000 | N/A | 162.93 | 162.93 | 162.93 |
| Rabobank, N.A. | 2600-000 | N/A | 185.96 | 185.96 | 185.96 |
| Rabobank, N.A. | 2600-000 | N/A | 172.72 | 172.72 | 172.72 |
| Rabobank, N.A. | 2600-000 | N/A | 166.32 | 166.32 | 166.32 |
| Rabobank, N.A. | 2600-000 | N/A | 183.27 | 183.27 | 183.27 |

| Payee | Uniform Tran. Code | | Claims Scheduled | Claims Asserted | Claims Allowed | Claims Paid |
|---|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | | N/A | 177.27 | 177.27 | 177.27 |
| Rabobank, N.A. | 2600-000 | | N/A | 165.59 | 165.59 | 165.59 |
| Rabobank, N.A. | 2600-000 | | N/A | 182.48 | 182.48 | 182.48 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | | N/A | $149,015.14 | $118,302.64 | $118,302.64 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 5P | Internal Revenue Service | 5800-000 | N/A | 59,543.40 | 59,543.40 | 59,543.40 |
| 7P | State of Connecticut | 5800-000 | N/A | 3,400.00 | 3,400.00 | 3,400.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $62,943.40 | $62,943.40 | $62,943.40 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | American InfoSource LP as agent for | 7100-000 | N/A | 421.82 | 421.82 | 421.82 |
| 1I | American InfoSource LP as agent for | 7990-000 | N/A | 2.56 | 2.56 | 2.56 |
| 2 | CT Light and Power | 7100-000 | N/A | 78.90 | 78.90 | 78.90 |
| 2I | CT Light and Power | 7990-000 | N/A | 0.48 | 0.48 | 0.48 |
| 4 | Davis Family Enterprises, LLC | 7100-000 | N/A | 2,876.40 | 2,876.40 | 2,876.40 |
| 4I | Davis Family Enterprises, LLC | 7990-000 | N/A | 17.46 | 17.46 | 17.46 |
| 5U | Internal Revenue Service | 7100-000 | N/A | 159,972.11 | 159,972.11 | 159,972.11 |
| 6 | CT Light and Power | 7100-000 | N/A | 450.83 | 450.83 | 450.83 |
| 6I | CT Light and Power | 7990-000 | N/A | 2.74 | 2.74 | 2.74 |
| 7U | State of Connecticut | 7100-000 | N/A | 1,770.00 | 1,770.00 | 1,770.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CT Lght and Power | 7100-000 | N/A | 352.34 | 352.34 | 352.34 |
| 9I | CT Lght and Power | 7990-000 | N/A | 2.14 | 2.14 | 2.14 |
| 5PI | Internal Revenue Service | 7990-000 | N/A | 361.47 | 361.47 | 361.47 |
| 5UI | Internal Revenue Service | 7990-000 | N/A | 971.14 | 971.14 | 971.14 |
| 7PI | State of Connecticut | 7990-000 | N/A | 20.64 | 20.64 | 20.64 |
| 7UI | State of Connecticut | 7990-000 | N/A | 10.75 | 10.75 | 10.75 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $167,311.78 | $167,311.78 | $167,311.78 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-51120  
**Case Name:** SEIBERT, ADRIANA  
**Period Ending:** 03/20/16  

**Trustee:** (270110) ROBERTA NAPOLITANO  
**Filed (f) or Converted (c):** 06/14/12 (f)  
**§341(a) Meeting Date:** 07/19/12  
**Claims Bar Date:** 11/06/12  

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Bank of New York Mellon | 6.83 | 0.00 | | 0.00 | FA |
| 2 | Bank of New York Mellon | 397.46 | 0.00 | | 0.00 | FA |
| 3 | Furniture and furnishings | 3,500.00 | 0.00 | OA | 0.00 | FA |
| 4 | Wearing apparel | 700.00 | 0.00 | | 0.00 | FA |
| 5 | Diamond engagement ring, wedding ring, Rolex wat | 40,000.00 | 595.71 | OA | 0.00 | FA |
| 6 | Right to repurchase real property subject to sta | 549,000.00 | 432,775.23 | | 238,500.00 | FA |
| 7 | Estate of Donald Seibert | 1,952,511.00 | 1,952,511.00 | | 373,561.63 | FA |
| 8 | 2004 Ford Excursion<br>    Parked illegally and towed to Lone Star Repair; she took her belongings out | 2,875.00 | 0.00 | | 0.00 | FA |
| 8 | Assets    Totals (Excluding unknown values) | $2,548,990.29 | $2,385,881.94 | | $612,061.63 | $0.00 |

**Major Activities Affecting Case Closing:**

11/4/12  The Debtor, for whom an administrator has been appointed, owned a farmhouse in New York which I am going to sell. 12/4/12  The Debtor (individually) objected to my motion to sell on the grounds that her conservatorship may be lifted, that she might be able to probate her late husband's will, obtain ready cash from the sale of either her residence or her jewelry, and renovate and sell the New York property.  The County will move for relief from stay.  It holds auctions only once a year, in mid-June.  5/7/13  I emailed Attorney Burke, telling him the Court still hadn't ruled on the motions to approve the sale or to convert.  4/30/14  Mr. Davidson is still interested in purchasing the New York property.  I prepared a motion to sell and I am waiting to hear from the Town on the proposed orders.  I received a call from a potential bidder on the Greenwich property which was apparently sold while the case was in a Chapter 11.  I will appear at the hearing on confirmation of the sale on May 5, 2014 at 10 a.m.  The Greenwich property was in the name of the debtor's husband, Donald Seibert.  His will provides that the proceeds of the sale of the property shall be paid into a trust.  The debtor is the trustee, and she and her estranged daughter are its beneficiaries.  The new fiduciary of Donald Seibert's estate is Katrina Camera.  I also spoke to Paula Charette, of the IRS.  She confirmed the numbers on the IRS POC.  They are based on 1099Bs, issued for the sale of stocks and bonds in 2008 and 2009 in excess of $700,000.  6/18/14  I prepared an adversary proceeding seeking to remove the debtor as trustee.  Ms. Fassiolitis is the guardian ad litem, not the guardian for Elizabeth Seibert, who is of age.  I must serve Cathy Kohut, her attorney.  I contacted Attorney Kohut to confirm that she will accept service.  6/23/14  Ms. Kohut will accept service.  Washington County is now due $92,802.75.  7/7/14  Tcw/ Ms. Telford:  the basis for the debtor's purchase of the property was $475,000, based on a tax stamp of $1900.  Taxes are $4.00 per thousand.  The County confirmed.  9/8/14  Tcw/ Adriana Seibert:  I told her that both properties were sold.  She wants legal representation and a stay.  She couldn't hire an attorney because it was summertime.  I told her that she needs to go to court to ask for money and to disagree with any proposals I make to pay creditors.  10/17/14  The Bankruptcy Court agreed that jurisdiction over the division of the trust proceeds should be in the Connecticut Probate Court.  We still haven't been assigned a date on the dispute over the distribution from the sale of the Greenwich property which should be paid into a trust.  Cathy Kohut, who represents the debtor's daughter's interest, believes that nothing will be scheduled until after November 15 because of the election.  10/27/14  Tcw/ Patricia Ewing: friend of debtor.  I told her that it is unlikely that she will receive anything through the bankruptcy.  I told her she can't receive anything now.  She can't take the debtor in.  4/21/15  Cathy Kohut, who represents the debtor's daughter, expects the orders in the probate court to enter within a week. 5/6/15  The Probate Court ordered the division of the funds the executrix of Donald Seibert's estate is currently holding into two equal parts after payment of the costs of administration.  One half will be paid to a trust established for the benefit of Adriana Seibert and the other for the benefit of their daughter,

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-51120  
**Case Name:** SEIBERT, ADRIANA  

**Period Ending:** 03/20/16

**Trustee:** (270110) ROBERTA NAPOLITANO  
**Filed (f) or Converted (c):** 06/14/12 (f)  
**§341(a) Meeting Date:** 07/19/12  
**Claims Bar Date:** 11/06/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

Elizabeth Seibert.  The executrix is currently holding about $925,000.00.  8/7/15  The executrix filed her final account, proposing to pay the trust the sum of $373,561.63 for the benefit of the estate.  The Probate Court must approve the final account and the substitution of a third party for the debtor as trustee.

**Initial Projected Date Of Final Report (TFR):**    June 30, 2013          **Current Projected Date Of Final Report (TFR):**    October 28, 2015   (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| **Case Number:** | 12-51120 | | **Trustee:** | ROBERTA NAPOLITANO (270110) |
| --- | --- | --- | --- | --- |
| **Case Name:** | SEIBERT, ADRIANA | | **Bank Name:** | Rabobank, N.A. |
| | | | **Account:** | ******9866 - Checking Account |
| **Taxpayer ID #:** | **-***0089 | | **Blanket Bond:** | $20,087,960.00   (per case limit) |
| **Period Ending:** | 03/20/16 | | **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 05/03/13 | | First Republic Bank | Deposit  (Earnest Money) on purchase of 179 Dickensen Road, Cambridge, NY; I will hold it pending adjudication of motion to convert; I spoke to Erin Hogan about this; check is in safe | 1110-000 | 20,000.00 | | 20,000.00 |
| 05/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 23.97 | 19,976.03 |
| 06/07/13 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-000 | | -23.97 | 20,000.00 |
| 06/20/13 | 101 | Linda Powers | Return of earnest money deposit pursuant to Judge Shiff's Order dated June 17, 2013 (Doc. Id. No. 113)  (Linda Powers was acting for Michael Davidson at the auction and issued the earnest money check) | 8500-002 | | 20,000.00 | 0.00 |
| | | | **ACCOUNT TOTALS** | | **20,000.00** | **20,000.00** | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **20,000.00** | **20,000.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$20,000.00** | **$20,000.00** | |

{} Asset reference(s)

Printed: 03/20/2016 01:41 PM     V.13.25

## Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 12-51120  
**Case Name:** SEIBERT, ADRIANA  
**Taxpayer ID #:** **-***0089  
**Period Ending:** 03/20/16  

**Trustee:** ROBERTA NAPOLITANO (270110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9867 - Earnest Money Checking Ac  
**Blanket Bond:** $20,087,960.00  (per case limit)  
**Separate Bond:** N/A  

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/21/14 | {6} | Ledyard National Bank fbo Michael Davidson | Earnest money deposit | 1110-000 | 23,850.00 | | 23,850.00 |
| 06/26/14 | | Ledyard National Bank fbo Execusuite, LLC, Assignee of Micha | Proceeds of sale of 179 Dickensen Road, Cambridge, New York | | 121,847.25 | | 145,697.25 |
| | {6} | | Remaining sale proceeds after deposit    214,650.00 | 1110-000 | | | 145,697.25 |
| | | Washington County Treasurer | Payoff of prepetition tax lien by purchaser    -33,980.00 | 4700-000 | | | 145,697.25 |
| | | Washington County Treasurer | Payoff of postpetition tax lien by purchaser    -58,822.75 | 2820-000 | | | 145,697.25 |
| 07/15/14 | 101 | David R. Maltz & Co., Inc. | Payment of auctioneer fees and expenses as authorized by Judge Shiff's Order dated July 15, 2014 (# 268) | | | 22,922.02 | 122,775.23 |
| | | | Auctioneer Commission    12,800.00 | 3610-000 | | | 122,775.23 |
| | | | Auctioneer Expenses    10,122.02 | 3620-000 | | | 122,775.23 |
| 07/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 205.51 | 122,569.72 |
| 08/29/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 170.42 | 122,399.30 |
| 09/30/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 187.78 | 122,211.52 |
| 10/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 181.64 | 122,029.88 |
| 11/07/14 | 102 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 11/07/2014 FOR CASE #12-51120 | 2300-000 | | 126.55 | 121,903.33 |
| 11/28/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 157.93 | 121,745.40 |
| 12/31/14 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 198.46 | 121,546.94 |
| 01/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 174.82 | 121,372.12 |
| 02/27/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 162.93 | 121,209.19 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 185.96 | 121,023.23 |
| 04/01/15 | 103 | Blum Shapiro & Co., PC | Payment of accountant's fees as authorized by Judge Shiff's Order dated 3/31/15 (# 297) | 3410-000 | | 1,225.00 | 119,798.23 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 172.72 | 119,625.51 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 166.32 | 119,459.19 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 183.27 | 119,275.92 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 177.27 | 119,098.65 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 165.59 | 118,933.06 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 182.48 | 118,750.58 |
| 10/23/15 | {7} | People's United Bank fbo Probate Estate of Donald Seibert | Proceeds of bankruptcy estate's interest in estate of debtor's deceased spouse | 1129-000 | 373,561.63 | | 492,312.21 |
| 12/03/15 | 104 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER | 2300-003 | | 132.59 | 492,179.62 |

Subtotals :    $519,258.88    $27,079.26

{} Asset reference(s)    Printed: 03/20/2016 01:41 PM    V.13.25

Exhibit 9

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 12-51120  
**Case Name:** SEIBERT, ADRIANA  

**Taxpayer ID #:** **-***0089  
**Period Ending:** 03/20/16  

**Trustee:** ROBERTA NAPOLITANO (270110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9867 - Earnest Money Checking Ac  
**Blanket Bond:** $20,087,960.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 12/03/2015 FOR CASE #12-51120, Bond Payment<br>Voided on 12/04/15 | | | | |
| 12/04/15 | 104 | International Sureties, Ltd. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/03/2015 FOR CASE #12-51120, Bond Payment<br>Voided: check issued on 12/03/15 | 2300-003 | | -132.59 | 492,312.21 |
| 12/16/15 | 105 | United States Bankruptcy Court | Dividend paid 100.00% on $350.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 350.00 | 491,962.21 |
| 12/16/15 | 106 | Weinstein, Weiner, Ignal, Napolitano, & Shapiro, | Dividend paid 100.00% on $6,700.00, Attorney for Trustee Fees (Trustee Firm);  Reference: | 3110-000 | | 6,700.00 | 485,262.21 |
| 12/16/15 | 107 | United States Trustee | Dividend paid 100.00% on $1,625.00, U.S. Trustee Quarterly Fees;  Reference: | 2950-000 | | 1,625.00 | 483,637.21 |
| 12/16/15 | 108 | Internal Revenue Service | Dividend paid 100.00% on $59,543.40; Claim# 5P; Filed: $59,543.40; Reference: | 5800-000 | | 59,543.40 | 424,093.81 |
| 12/16/15 | 109 | State of Connecticut | Dividend paid 100.00% on $3,400.00; Claim# 7P; Filed: $3,400.00; Reference: | 5800-000 | | 3,400.00 | 420,693.81 |
| 12/16/15 | 110 | American InfoSource LP as agent for | Dividend paid 100.00% on $421.82; Claim# 1; Filed: $421.82; Reference: | 7100-000 | | 421.82 | 420,271.99 |
| 12/16/15 | 111 | CT Light and Power | Dividend paid 100.00% on $78.90; Claim# 2; Filed: $78.90; Reference: | 7100-000 | | 78.90 | 420,193.09 |
| 12/16/15 | 112 | Davis Family Enterprises,LLC | Dividend paid 100.00% on $2,876.40; Claim# 4; Filed: $2,876.40; Reference: | 7100-000 | | 2,876.40 | 417,316.69 |
| 12/16/15 | 113 | Internal Revenue Service | Dividend paid 100.00% on $159,972.11; Claim# 5U; Filed: $159,972.11; Reference: | 7100-000 | | 159,972.11 | 257,344.58 |
| 12/16/15 | 114 | CT Light and Power | Dividend paid 100.00% on $450.83; Claim# 6; Filed: $450.83; Reference: | 7100-000 | | 450.83 | 256,893.75 |
| 12/16/15 | 115 | State of Connecticut | Dividend paid 100.00% on $1,770.00; Claim# 7U; Filed: $1,770.00; Reference: | 7100-000 | | 1,770.00 | 255,123.75 |
| 12/16/15 | 116 | CT Lght and Power | Dividend paid 100.00% on $352.34; Claim# 9; Filed: $352.34; Reference: | 7100-000 | | 352.34 | 254,771.41 |
| 12/16/15 | 117 | American InfoSource LP as agent for | Dividend paid 100.00% on $2.56; Claim# 1I; Filed: $2.56; Reference: | 7990-000 | | 2.56 | 254,768.85 |
| 12/16/15 | 118 | CT Light and Power | Dividend paid 100.00% on $0.48; Claim# 2I; Filed: $0.48; Reference: | 7990-000 | | 0.48 | 254,768.37 |
| 12/16/15 | 119 | Davis Family Enterprises,LLC | Dividend paid 100.00% on $17.46; Claim# 4I; Filed: $17.46; Reference: | 7990-000 | | 17.46 | 254,750.91 |
| 12/16/15 | 120 | CT Light and Power | Dividend paid 100.00% on $2.74; Claim# 6I; | 7990-000 | | 2.74 | 254,748.17 |

Subtotals :         $0.00         $237,431.45

{} Asset reference(s)                                                                                           Printed: 03/20/2016 01:41 PM    V.13.25

## Form 2

### Cash Receipts And Disbursements Record

Page: 4

**Case Number:** 12-51120  
**Case Name:** SEIBERT, ADRIANA  
**Taxpayer ID #:** **-***0089  
**Period Ending:** 03/20/16  

**Trustee:** ROBERTA NAPOLITANO (270110)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******9867 - Earnest Money Checking Ac  
**Blanket Bond:** $20,087,960.00  (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | Filed: $2.74; Reference: | | | | |
| 12/16/15 | 121 | CT Lght and Power | Dividend paid 100.00% on $2.14; Claim# 9I; Filed: $2.14; Reference: | 7990-000 | | 2.14 | 254,746.03 |
| 12/16/15 | 122 | Internal Revenue Service | Dividend paid 100.00% on $361.47; Claim# 5PI; Filed: $361.47; Reference: | 7990-000 | | 361.47 | 254,384.56 |
| 12/16/15 | 123 | Internal Revenue Service | Dividend paid 100.00% on $971.14; Claim# 5UI; Filed: $971.14; Reference: | 7990-000 | | 971.14 | 253,413.42 |
| 12/16/15 | 124 | State of Connecticut | Dividend paid 100.00% on $20.64; Claim# 7PI; Filed: $20.64; Reference: | 7990-000 | | 20.64 | 253,392.78 |
| 12/16/15 | 125 | State of Connecticut | Dividend paid 100.00% on $10.75; Claim# 7UI; Filed: $10.75; Reference: | 7990-000 | | 10.75 | 253,382.03 |
| 12/16/15 | 126 | SEIBERT, ADRIANA | Dividend paid 100.00% on $229,523.81; Claim# SURPLUS; Filed: $229,523.81; Reference:<br>Voided on 01/19/16 | 8200-003 | | 229,523.81 | 23,858.22 |
| 12/16/15 | 127 | ROBERTA NAPOLITANO | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 23,858.22 | 0.00 |
| | | | Dividend paid 100.00%    22,376.89 on $22,376.89;  Claim# ; Filed: $22,376.89 | 2100-000 | | | 0.00 |
| | | | Dividend paid 100.00%    1,481.33 on $1,481.33;  Claim# ; Filed: $1,481.33 | 2200-000 | | | 0.00 |
| 01/19/16 | 126 | SEIBERT, ADRIANA | Dividend paid 100.00% on $229,523.81; Claim# SURPLUS; Filed: $229,523.81; Reference:<br>Voided: check issued on 12/16/15 | 8200-003 | | -229,523.81 | 229,523.81 |
| 01/19/16 | 128 | United States Bankruptcy Court | Dividend paid 100.00% on $229,523.81; Claim# SURPLUS; Filed: $229,523.81; | 8200-002 | | 229,523.81 | 0.00 |

|   |   |   |
|---|---|---|
| **ACCOUNT TOTALS** | 519,258.88 | 519,258.88 | $0.00 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| **Subtotal** | 519,258.88 | 519,258.88 | |
| Less: Payments to Debtors | | 229,523.81 | |
| **NET Receipts / Disbursements** | **$519,258.88** | **$289,735.07** | |

{} Asset reference(s)

Printed: 03/20/2016 01:41 PM    V.13.25

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 5

| | |
|---|---|
| **Case Number:** 12-51120 | **Trustee:** ROBERTA NAPOLITANO (270110) |
| **Case Name:** SEIBERT, ADRIANA | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9867 - Earnest Money Checking Ac |
| **Taxpayer ID #:** **-***0089 | **Blanket Bond:** $20,087,960.00 (per case limit) |
| **Period Ending:** 03/20/16 | **Separate Bond:** N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

|  |  |
|---|---|
| Net Receipts : | 539,258.88 |
| Plus Gross Adjustments : | 92,802.75 |
| Less Payments to Debtor : | 229,523.81 |
| Less Other Noncompensable Items : | 20,000.00 |
| Net Estate : | $382,537.82 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **Checking # ******9866** | **20,000.00** | **20,000.00** | **0.00** |
| **Checking # ******9867** | **519,258.88** | **289,735.07** | **0.00** |
| | **$539,258.88** | **$309,735.07** | **$0.00** |