LAW OFFICES of
**JAMES M. ABRAMSON, PLLC**
*a professional limited liability company*

64 DOUGLAS RD, GLEN RIDGE, NJ 07028

Telephone 917-953-7533

JAMES M. ABRAMSON, ESQ.

CORNELIA A. SELLERS, MSW, ACSW
Administrator

June 12, 2025

Hon. Julie A. Manning
United States Bankruptcy Court
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

JUN 16 2025 PM 12:02
FILED-USBC-CT-BPT

Re:    Case No: 12-51120
       Matter Of Adriana Seibert, Debtor, (ECF No. 455)

Your Honor,

On June 10, 2025, I received in the US Mail, a Notice of Hearing dated June 4, 2025, concerning:

> Application for Payment of Unclaimed Funds in the Amount of $229,523.81, filed by Adriana Seibert, Debtor, (ECF No. 455).

As an attorney in good standing in the state of New York since June 1970, I state the following under oath and subject to the penalties of perjury:

- I had no information concerning this matter before receipt of the Notice to Appear in this matter on June 10, 2025.

- I do not know Adriana Seibert, in any capacity, whose name appears concerning the Unclaimed Funds in this bankruptcy.

- I am not the attorney for, or counselor to, in any manner or matter to Adriana Seibert. I have never met Adriana Seibert or any person purporting to be or act on behalf of Adriana Seibert.

- I have not submitted any papers or applications of any sort or description to the Bankruptcy Court in this matter.

I wish to note that I have previously been the victim of identity theft by way of fraudulent applications and papers submitted in my name to the Bankruptcy Court in Washington, DC, and also to the Bankruptcy Court in New Jersey, Trenton division. These occurred during April, 2025.

I was able to review the papers submitted to the Court in one of those proceedings. Among them was a purported Driver's License. That purported Driver's License had my name on it and was somehow purloined and fraudulently and illegally modified to display someone else's image, birth date and identifying features. In other papers in that same proceeding, my signature and email address were incorrect and there was palpably incorrect notarizations.

Hon. Julie A. Manning
United States Bankruptcy Court
Re: Case No: 12-51120, Adriana Seibert, Debtor, (ECF No. 455)
June 12, 2025
Page -2-

The Part clerk in the other matter telephoned me to discuss a filing in that Court. After I inquired, the clerk informed me that these very same transgressions were also present in that proceeding.

I have reported these matters to both Bankruptcy Courts, the NY State Office of Court Administration, FBI, NY State Attorney General's Office and the New Jersey Motor Vehicles Commission.

Without disrespect, I will not be able to appear in Court on June 24, 2025 either virtually or in person. I have an important personal matter at that time and place in NY County. If I am needed to appear on an adjourned date, please adjourn the matter for me to appear virtually on a date other than July 7-14, 2025 when I will be on vacation with uncertain internet connections.

Respectfully submitted,

James M. Abramson

Copy by Email:

Kim McCabe, Esq.
Assistant U.S. Trustee



James M. Abramson, Esq.
Law Offices of James M. Abramson
64 Douglas Rd.
Glen Ridge, NJ  07028

Hon. Julie A. Manning
United States Bankruptcy Court
Brien McMahon Federal Building
915 Lafayette Boulevard
Bridgeport, CT 06604

Case No: 12-51120