# United States Bankruptcy Court
# District of Connecticut



In re:

    Adriana Seibert

    Debtor

Case Number: 12-51120

Chapter: 7

## ORDER DENYING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

    On May 6, 2025, an Application for Payment of Unclaimed Funds (the "Application," ECF Nos. 326, 327) in the amount of $229,523.81 was filed in this Chapter 7 case of Adriana Seibert (the "Debtor"), which was closed on April 5, 2016.  In accordance with 28 U.S.C. § 2042, the Application seeks an order directing payment to the claimant of unclaimed funds that have been on deposit and unclaimed for at least five years.

    On May 27, 2025, the U.S. Trustee filed a statement in response to the Application (the "Statement," ECF No. 330).  In the Statement, the U.S. Trustee requests the Court to deny the Application because the Application (i) was submitted through "Attorney James Abramson" as an alleged assignee of the Debtor; (ii) was notarized by two individuals claiming to be New York notaries, both of whom are not listed as notary publics in the State of New York and listed the incorrect county of "Western Ct;" and (iii) is also similar to previous applications in the Debtor's case which were denied for, among other reasons, the same notary inconsistencies and an alleged assignment to an attorney.  (ECF No. 322.)  Because of the inconsistencies and deficiencies noted in the Statement, a Notice of Hearing was issued on the Application, which was served on Attorney Abramson on both the address listed in the Application and his law firm's address listed on the New York Secretary of State.  (ECF No. 331.)

    On June 16, 2025, Attorney Abramson submitted a letter (the "Letter," ECF No. 333) informing the Court that (i) he could attend the hearing on June 24, 2025; (ii) he does not know the Debtor and does not represent the Debtor; (iii) the driver's license submitted in the Application contains someone else's image and birth date; (iv) the email address and signature in the Application are not his; and (v) he has previously been the victim of identity fraud with similar applications filed in the United States Bankruptcy Courts for the District of New Jersey and for the District of Columbia.

    On June 24, 2025, a hearing was held on the Application.  The U.S. Trustee appeared at the hearing and informed the Court that she discussed the Letter with Attorney Abramson.  No other parties appeared at the hearing.  Upon consideration of the Application, the Statement, the Letter, and for the reasons stated on the record during the hearing, it is hereby:

    **ORDERED:**  Pursuant to 28 U.S.C. § 2042, the Application is **DENIED**; and it is further

    **ORDERED:**  At or before 5:00 p.m. on June 27, 2025, the Clerk's Office shall serve this Order via first class mail on the Debtor at the address listed on her petition and on Attorney Abramson at the address listed on the Letter.

Dated: June 27, 2025

BY THE COURT

*Julie A. Manning*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
915 Lafayette Boulevard
Bridgeport, CT 06604